# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129341(37)(39)(41)(44)

IN RE PETITION BY TREASURER OF
WAYNE COUNTY FOR FORECLOSURE
_____

WAYNE COUNTY TREASURER,
      Petitioner,
and

MATTHEW TATARIAN and MICHAEL KELLY,
      Intervening Parties-Appellants,

v

PERFECTING CHURCH,
      Respondent-Appellee.
_____

SC:    129341
CoA:  261074
Wayne CC: 02-220192-PZ

      On order of the Chief Justice, motions by High Praise Cathedral of Faith Ministries and by Westhaven Manor, LDHA LP for leave to file briefs *amicus curiae* are considered and they are GRANTED. The motion by the Michigan State Housing Development Authority for leave to participate in oral argument is DENIED. The motion by petitioner Wayne County Treasurer for extension to June 16, 2006 of the time for filing its brief is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2006

                               Clerk